1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEROY TATE JR.,

11          Petitioner,               No. CIV S-05-2550 DFL DAD P

12      vs.

13   SCOTT KERANA, et al.,

14          Respondents.            <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the required filing fee but has

18   also applied for leave to proceed in forma pauperis.

19          Petitioner challenges a conviction entered by the Kings County Superior Court.

20   Kings County is part of the Fresno Division of the United States District Court for the Eastern

21   District of California.  <u>See</u> Local Rule 3-120(d).  A civil action which has not been commenced

22   in the proper division of the court may, on the court's own motion, be transferred to the proper

23   division of the court.  <u>See</u> Local Rule 3-120(f).  In accordance with the Local Rules, this action

24   will be transferred to the Fresno Division of the court.

25   /////

26   /////

1          Good cause appearing, IT IS HEREBY ORDERED that:

2          1.  This action is transferred to the United States District Court for the Eastern

3   District of California sitting in Fresno; and

4          2.  All future filings shall reference the new Fresno case number to be assigned by

5   the Clerk of the Court and shall be filed at:

6                    United States District Court
                     Eastern District of California
7                    1130 "O" Street
                     Fresno, CA 93721
8

9   DATED: December 20, 2005.

10

11                                                   _____
                                                     DALE A. DROZD
12                                                   UNITED STATES MAGISTRATE JUDGE

13   DAD:13:bb
     tate2550.109
14

15

16

17

18

19

20

21

22

23

24

25

26